**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CHASE, on behalf of herself and all others similarly situated,<br><br>                     Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC.; and DOES 1 through 50, inclusive,<br><br>                    Defendant. | Case No: 3:17-CV-881-GPC (BLM)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

- 1 -

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against Defendant Hobby Lobby Stores, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 22, 2019

CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP

*/s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)

*Attorneys for Plaintiff*

Dated: January 22, 2019

REALLAW, APC

*/s/ Michael J. Hassen*
Michael J. Hassen (CA 124823)

*Attorneys for Defendant*

- 2 -
STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2019, I caused the foregoing document to be electronically served on counsel for Defendant at the following addresses:

Michael J. Hassen
**REALLAW, APC**
1981 N. Broadway, Ste. 280
Walnut Creek, CA 94596
Telephone: (925) 359-7500
Facsimile: (925) 557-7690
mjhassen@reallaw.us

*Counsel for Defendant Hobby Lobby Stores, Inc.*

By: */s/ Todd D. Carpenter*
        Todd D. Carpenter

- 3 -

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)