**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA CHASE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC., an Oklahoma corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:17-CV-881-GPC-BLM<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pending before the Court is the Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed jointly by Plaintiff Christina Chase (Plaintiff) and Defendant Hobby Lobby Stores, Inc. (Defendant).  Good cause shown,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 23, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge